CABOT
MANTANONA LLP
Cesar C. Cabot, Esq.
Jon R. Ramos, Esq.
929 South Marine Corps Dr., Ste. 200
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777
Email: mail@cmlaw.us

*Attorneys for Defendants*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ELAINE M. RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>LOTTE HOTEL GUAM, LLC, and DB INSURANCE CO. LTD.,<br><br>Defendants. | CIVIL CASE NO. 23-00013<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The above-captioned parties, through counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate, pursuant to a confidential settlement agreement, that all of Plaintiff's claims in the First Amended Complaint filed herein shall be dismissed with prejudice, each party shall bear their respective costs and attorney's fees.

The Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement.

/ /

/ /

SO STIPULATED, as of March 31, 2025.

| | |
|---|---|
| PACIFIC LEGAL TEAM, P.C. | CABOT MANTANONA LLP |
| /s/ Victorino DLG Torres | /s/ Jon R. Ramos |
| _____ | _____ |
| **VICTORINO DLG TORRES** | **JON R. RAMOS** |
| Attorneys for Plaintiff Elaine M. Rodriguez | Attorneys for Defendants Lotte Hotel Guam, LLC and DB Insurance Co., Ltd. |

*Rodriguez v. Lotte Hotel Guam, LLC, et al.*, Civil Case No. 23-00013
Stipulation and Order for Dismissal with Prejudice ~ Page 2 of 3

Case 1:23-cv-00013   Document 58   Filed 03/31/25   Page 2 of 3

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that all claims asserted in Plaintiffs First Amended Complaint are dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

The Court retains jurisdiction for the purpose of enforcing the terms of the settlement agreement.

IT IS SO ORDERED: _____

_____
**FRANCES M. TYDINGCO GATEWOOD**
Chief Judge

*Rodriguez v. Lotte Hotel Guam, LLC, et al.*, Civil Case No. 23-00013
Stipulation and Order for Dismissal with Prejudice ~ Page 3 of 3

Case 1:23-cv-00013   Document 58   Filed 03/31/25   Page 3 of 3